UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES W. CONACHEN,<br><br>        Plaintiff,<br><br>    v.<br><br>BOUNDARY COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>        Defendants. | Case No. 2:09-CV-0047-EJL-REB<br><br>**JUDGMENT** |

Based upon this Courts Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **April 29, 2011**

*Edward J. Lodge* (signature)

~~Honorable~~ Edward J. Lodge
U. S. District Judge

**JUDGMENT**